**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
                First Name         Middle Name         Last Name

Debtor 2
(Spouse if filing) First Name         Middle Name         Last Name

United States Bankruptcy Court for the  Eastern District of Pennsylvania

Case number  18-17501
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**✘** /s/ Jason C. Greer                        **✘**
Signature of Debtor 1                        Signature of Debtor 2

Date  11/14/2018                        Date
      MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    18-17501
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | Your assets Value of what you own |
|---|---|---|
| 1  *Schedule A/B: Property* (Official Form 106A/B) | | |
| 1a Copy line 55, Total real estate, from *Schedule A/B* ......................................................... | $ | 416,400.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................... | $ | 105,600.00 |
| 1c Copy line 63, Total of all property on *Schedule A/B* ......................................................... | $ | 522,000.00 |

### Part 2:    Summarize Your Liabilities

|  | | Your liabilities Amount you owe |
|---|---|---|
| 2  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ | 456,314.00 |
| 3  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ | 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ | 143,282.46 |
| Your total liabilities | $ | 599,596.46 |

### Part 3:    Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4  *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I* ......................................................... | $ | 7,364.00 |
| 5  *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22c of *Schedule J* ......................................................... | $ | 7,961.00 |

Debtor 1    Jason C. Greer
             First Name        Middle Name        Last Name

Case number *(if known)* 18-17501

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No  You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11, **OR**, Form 122C-1 Line 14.

   $ 10,513.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   Total claim

   **From Part 4 on *Schedule E/F*, copy the following:**

   | | |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Jason C. Greer
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing)  First Name  Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number    18-17501

❑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

❑ No. Go to Part 2.
☑ Yes. Where is the property?

1.1
**15081 London Road**
Street address if available, or other description

Philadelphia      PA    19116
City              State  ZIP Code

Philadelphia
County

**What is the property?** Check all that apply.
☑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?
$    216,400.00        $    216,400.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Owned solely by Debtor

❑ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2
**9980 Bridle Road**
Street address if available, or other description

Philadelphia      PA    19115
City              State  ZIP Code

County

**What is the property?** Check all that apply.
☑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?
$    200,000.00        $    200,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenancy by the entireties

❑ Check if this is community property (see instructions)

Debtor 1    Jason C. Greer
           First Name    Middle Name    Last Name

Case number (if known)  18-17501

| | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|
| 1.3 _____ Street address, if available, or other description _____ _____ City        State    ZIP Code _____ County | ☐ Single-family home ☐ Duplex or multi-unit building ☐ Condominium or cooperative ☐ Manufactured or mobile home ☐ Land ☐ Investment property ☐ Timeshare ☐ Other _____ | **Current value of the entire property?**    **Current value of the portion you own?** $_____    $_____ **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** _____ |

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................................➔ $ 416,400.00

---

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make    Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|
| | Model:    Camry | ☐ Debtor 1 only | |
| | Year:    2013 | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | |
| | Other information: _____ | ☐ Check if this is community property (see instructions) | $ 8,000.00    $ 8,000.00 |

If you own or have more than one, describe here:

| 3.2 | Make    Honda | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model:    CRU | ☐ Debtor 1 only | |
| | Year    2016 | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | |
| | Other information: _____ | ☐ Check if this is community property (see instructions) | $ 15,000.00    $ 15,000.00 |

Debtor 1    Jason C. Greer

First Name    Middle Name    Last Name

Case number *(if known)* 18-17501

| 3.3 | Make: | Honda | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|---|

3.3
Make: Honda
Model: Pilot
Year: 2017
Approximate mileage: _____
Other information: _____

**Who has an interest in the property?** Check one
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**
$ 20,000.00

**Current value of the portion you own?**
$ 20,000.00

---

3.4
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

**Who has an interest in the property?** Check one
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
❏ No
☑ Yes

4.1
Make: _____
Model: _____
Year: _____
Other information: _____

**Who has an interest in the property?** Check one
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

If you own or have more than one, list here:

4.2
Make: _____
Model: _____
Year: _____
Other information: _____

**Who has an interest in the property?** Check one
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................................................... →   $ 43,000.00

Debtor 1    Jason C. Greer    Case number (if known) 18-17501
First Name    Middle Name    Last Name

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions |
|---|---|

6    **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe....  ....   Household Furnishings    $            6,000.00

7    **Electronics**

*Examples.* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers  scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.........   Electronics    $            800.00

8    **Collectibles of value**

*Examples.* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe..  ...    $

9    **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe .........    $

10   **Firearms**

*Examples:* Pistols, rifles. shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe...  ....    $

11   **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe    ..   Clothing    $            600.00

12   **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No

☐ Yes. Describe. ..  .....    $

13   **Non-farm animals**

*Examples.* Dogs. cats. birds, horses

☑ No

☐ Yes. Describe.... .....    $

14   **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes  Give specific
information .    ...... ...    $

15   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .    →    $        7,400.00

Debtor 1    Jason C. Greer

First Name    Middle Name    Last Name

Case number *(if known)* 18-17501

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

16 **Cash**

*Examples* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ..  .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Cash. . . . . . . . . $ _____

17 **Deposits of money**

*Examples* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each

☐ No

☑ Yes.. . . . . . .. . . . .      Institution name:

| | | |
|---|---|---|
| 17.1 Checking account: | Police & Fire FCU | $ 200.00 |
| 17.2 Checking account: | Ardent FCU | $ 0.00 |
| 17.3 Savings account: | Citadel | $ 0.00 |
| 17.4 Savings account: | | $ |
| 17.5 Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7 Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9 Other financial account: | | $ |

18 **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes      Institution or issuer name:

$ _____
$ _____
$ _____

19 **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them

| Name of entity: | % of ownership | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1    Jason C. Greer    Case number (if known) 18-17501
            First Name    Middle Name    Last Name

20 **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

☑ No

❑ Yes. Give specific    Issuer name:
information about
them

_____    $_____

_____    $_____

_____    $_____

21 **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b). thrift savings accounts, or other pension or profit-sharing plans

❑ No

☑ Yes. List each
account separately.    Type of account:    Institution name:

401(k) or similar plan    Key Bank    $    25,000.00

Pension plan    _____    $_____

IRA    TD Amertrade    $    30,000.00

Retirement account.    _____    $_____

Keogh:    _____    $_____

Additional account.    Life Insurance, $400,000 death benefit    $    0.00

Additional account    _____    $_____

22 **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

❑ Yes    Institution name or individual:

Electric    _____    $_____

Gas:    _____    $_____

Heating oil    _____    $_____

Security deposit on rental unit. _____    $_____

Prepaid rent    _____    $_____

Telephone    _____    $_____

Water    _____    $_____

Rented furniture.    _____    $_____

Other.    _____    $_____

23 **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes    Issuer name and description

_____    $_____

_____    $_____

_____    $_____

24 **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❏ Yes . . . . . . . .    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c).

_____    $_____

_____    $_____

_____    $_____

25 **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❏ Yes. Give specific
information about them    $_____

26 **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❏ Yes. Give specific
information about them.    $_____

27 **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❏ Yes. Give specific
information about them    $_____

**Money or property owed to you?**    **Current value of the portion you own?**
Do not deduct secured
claims or exemptions

28 **Tax refunds owed to you**

☑ No

❏ Yes Give specific information    Federal.    $_____
about them. including whether
you already filed the returns    State    $_____
and the tax years. .... ... ........... ..    Local    $_____

29 **Family support**
*Examples:* Past due or lump sum alimony, spousal support. child support, maintenance, divorce settlement, property settlement

☑ No

❏ Yes. Give specific information . . ..    Alimony    $_____
    Maintenance    $_____
    Support:    $_____
    Divorce settlement    $_____
    Property settlement    $_____

30 **Other amounts someone owes you**
*Examples* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation.
Social Security benefits, unpaid loans you made to someone else

☑ No

❏ Yes. Give specific information.. .. ..    $_____

Debtor 1    Jason C. Greer                                         Case number (if known) 18-17501
          First Name    Middle Name    Last Name

31  **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's, or renter's insurance

    ☑ No
    ❑ Yes. Name the insurance company
       of each policy and list its value...

| Company name: | Beneficiary: | Surrender or refund value |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

32  **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No
    ❑ Yes. Give specific information . . . .
                                                                                    $_____

33  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ❑ Yes. Describe each claim.    . .
                                                                                    $_____

34  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
    to set off claims**

    ☑ No
    ❑ Yes. Describe each claim    . .
                                                                                    $_____

35  **Any financial assets you did not already list**

    ☑ No
    ❑ Yes. Give specific information
                                                                                    $_____

36  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**    .    . .    .    .    →    | $  55,200 00 |

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37  **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ❑ Yes. Go to line 38.

                                                          Current value of the
                                                          portion you own?
                                                          Do not deduct secured claims
                                                          or exemptions

38  **Accounts receivable or commissions you already earned**
    ☑ No
    ❑ Yes. Describe
                                                                                    $_____

39  **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ❑ Yes. Describe
                                                                                    $_____

Debtor 1    Jason C. Greer
           First Name   Middle Name   Last Name    Case number (if known) 18-17501

40 **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
❏ Yes  Describe

$_____

41 **Inventory**
☑ No
❏ Yes. Describe.......

$_____

42 **Interests in partnerships or joint ventures**
☑ No
❏ Yes. Describe

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

43 **Customer lists, mailing lists, or other compilations**
☑ No
❏ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
    ❏ No
    ❏ Yes. Describe

$_____

44 **Any business-related property you did not already list**
☑ No
❏ Yes. Give specific
   information .. ..

_____    $_____
_____    $_____
_____    $_____
_____    $_____
_____    $_____
_____    $_____

45 Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here                         ➔    $_____0.00

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7
❏ Yes. Go to line 47

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions

47 Farm animals
*Examples:* Livestock, poultry, farm-raised fish
☑ No
❏ Yes

$_____

Debtor 1    Jason C. Greer    Case number (if known) 18-17501
    First Name    Middle Name    Last Name

48 Crops—either growing or harvested

☑ No

❏ Yes. Give specific
information .. ...... .    $_____

49 Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No

❏ Yes    $_____

50 Farm and fishing supplies, chemicals, and feed

☑ No

❏ Yes    $_____

51 Any farm- and commercial fishing-related property you did not already list

☑ No

❏ Yes. Give specific
information    $_____

52 Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ... ... ........ ...... ...... ......... ...... ........ ...... ...... ......... ........ → $_____0.00_____

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53 Do you have other property of any kind you did not already list?
*Examples* Season tickets. country club membership

☑ No

❏ Yes. Give specific
information    $_____
    $_____
    $_____

54 Add the dollar value of all of your entries from Part 7. Write that number here    → $_____0 00_____

## Part 8:    List the Totals of Each Part of this Form

55 Part 1: Total real estate, line 2    .... ...    .    →    $    416,400.00

56 Part 2: Total vehicles, line 5    $    43,000.00

57 Part 3: Total personal and household items, line 15    $    7,400.00

58 Part 4: Total financial assets, line 36    $    55,200.00

59 Part 5: Total business-related property, line 45    $    0.00

60 Part 6: Total farm- and fishing-related property, line 52    $    0.00

61 Part 7: Total other property not listed, line 54    + $    0.00

62 **Total personal property.** Add lines 56 through 61. ...................    $    105,600.00    Copy personal property total → + $    105.600.00

63 **Total of all property on Schedule A/B.** Add line 55 + line 62.. ........................................... ........... ..............................    $    522,000.00

**Fill in this information to identify your case:**

Debtor 1     Jason C. Greer
             First Name                    Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name              Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   18-17501
(If known)

❑ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: 15081 London Road  Line from *Schedule A/B*: 1 | $ 216,400.00 | ☑ $ 23,675.00  ❑ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(1) |
| Brief description: 2017 Honda  Line from *Schedule A/B*: 3 | $ 32,985.00 | ☑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 2016 Honda CRV  Line from *Schedule A/B*: 3 | $ 15,000.00 | ☑ $ _____  ❑ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ❑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ❑ No
       ❑ Yes

Debtor 1     __Jason C. Greer_____     Case number (if known) 18-17501
             First Name    Middle Name    Last Name

---

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption | |
| Brief description: 2013 Toyota<br>Line from Schedule A/B: 3 | $ 8,000.00 | ☑ $ 1,017.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(5) |
| Brief description: Furniture<br>Line from Schedule A/B: 6 | $ 6,000.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) |
| Brief description: Clothing<br>Line from Schedule A/B: 11 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) |
| Brief description: Police & Fire FCU<br>Line from Schedule A/B: 17 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) |
| Brief description: Ardent FCU<br>Line from Schedule A/B: 17 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) |
| Brief description: Citadel FCU<br>Line from Schedule A/B: 17 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(5) |
| Brief description: Freedom FCU<br>Line from Schedule A/B: 17 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(5) |
| Brief description: TD Ameritrade IRA<br>Line from Schedule A/B: 21 | $ 30,000.00 | ☑ $ 30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(12) |
| Brief description: Key Bank 401(k)<br>Line from Schedule A/B: 21 | $ 25,000.00 | ☑ $ 25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(12) |
| Brief description: Life Insurance<br>Line from Schedule A/B: 21 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1      Jason C. Greer
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing)   First Name    Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   18-17501
(if known)

❑ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.1**
MidWest Loan Services
Creditor's Name

PO Box 188
Number       Street

Houghton          MI    49931
City              State  ZIP Code

**Describe the property that secures the claim:**

Mortgage - 15081 London Road, Phila., PA 19116

**As of the date you file, the claim is:** Check all that apply
❑ Contingent
❑ Unliquidated
❑ Disputed

| | | $ 191,000.00 | $ 216,400.00 | $ 0.00 |

**Who owes the debt?** Check one
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

Date debt was incurred  10/01/2017

**Nature of lien** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number  5  5  1  7

**2.2**
Bank of America
Creditor's Name

PO Box 31785
Number       Street

Tampa             FL    33631
City              State  ZIP Code

**Describe the property that secures the claim:**

Mortgage - 9980 Bridle Road, Phila., PA 19115

**As of the date you file, the claim is:** Check all that apply
❑ Contingent
❑ Unliquidated
❑ Disputed

| | | $ 198,785.00 | $ 200,000.00 | $ 1,215.00 |

**Who owes the debt?** Check one
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

Date debt was incurred  12/01/0201

**Nature of lien** Check all that apply
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number  9  9  8  6

Add the dollar value of your entries in Column A on this page. Write that number here:   $   389,785.00

Debtor 1    Jason C  Greer
            First Name    Middle Name      Last Name

Case number *(if known)* 18-17501

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |

Ardent Credit Union
Creditor's Name

PO Box 7480
Number      Street

Philadelphia      PA    19101
City      State    ZIP Code

**Describe the property that secures the claim:**   $ 32,985.00   $ 20,000.00   $ 12,985.00

Car Loan - 2017 Honda Pilot

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   11/2017      **Last 4 digits of account number**  0  1  5  4

---

Ardent
Creditor's Name

PO Box 7480
Number      Street

Philadelphia      PA    19101
City      State    ZIP Code

**Describe the property that secures the claim:**   $ 6,983.00   $ 8,000.00   $

Car Loan - 2013 Toyota Camry

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   11/2017      **Last 4 digits of account number**  0  1  5  5

---

Ardent
Creditor's Name

PO Box 7480
Number      Street

Philadelphia      PA    19101
City      State    ZIP Code

**Describe the property that secures the claim:**   $ 18,061.00   $ 15,000.00   $ 3,061 00

Carloan - Honda CRV

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   11/2017      **Last 4 digits of account number**  0  1  5  6

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 58,029.00

If this is the last page of your form, add the dollar value totals  from all pages.
Write that number here:   $ _____

Debtor 1    **Jason C. Greer**
First Name    Middle Name    Last Name

Case number (if known) 18-17501

| | Column A | Column B | Column C |
|---|---|---|---|
| **Part 1:** **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**Ardent C.U.**
Creditor's Name

P.O. Box 7840
Number    Street

Phila.    PA    19101
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _2003_

**Describe the property that secures the claim:**    $ 8,500.00    $ 200,000.00    $ 8,500.00

Mortgage - 9980 Bridle Road, Phila., PA 19115

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  0  1  5  5

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 8,500.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ 456,314.00

**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   18-17501
(If known)    _____

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

## Part 2:    List All of Your **NONPRIORITY** Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Capital One | Last 4 digits of account number  4  8  4  8 | $ 5,478.18 |

Nonpriority Creditor's Name

PO Box 71083    When was the debt incurred?    2013

Number    Street

Charlotte    NC    28272

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.    ☐ Unliquidated

☑ Debtor 1 only    ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce
                                                that you did not report as priority claims

**Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No    ☑ Other. Specify Credit Card

☐ Yes

| 4.2 | Discover Bank | Last 4 digits of account number  9  9  4  9 | $ 2,947.34 |

Nonpriority Creditor's Name

PO Box 742655    When was the debt incurred?    2015

Number    Street

Cincinnati    OH    45274

City    State    ZIP Code    **As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.    ☐ Unliquidated

☑ Debtor 1 only    ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce
                                                that you did not report as priority claims

**Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No    ☑ Other. Specify Credit Card

☐ Yes

| 4.3 | PFCU | Last 4 digits of account number  5  3  5  0 | $ 34,231.96 |

Nonpriority Creditor's Name

12800 Townsend Road    When was the debt incurred?    2015

Number    Street

Philadelphia    PA    19154

City    State    ZIP Code    **As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.    ☐ Unliquidated

☑ Debtor 1 only    ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce
                                                that you did not report as priority claims

**Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No    ☑ Other. Specify Credit Card

☐ Yes

Debtor 1  Jason C. Greer                                    Case number (if known) 18-17501
         First Name    Middle Name    Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

### 4.4

**PFCU**
Nonpriority Creditor's Name

12800 Townsend Road
Number        Street

Philadelphia              PA        19154
City                      State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  7  3  7  1       $ 15,042.04

When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Account

### 4.5

**PSECU**
Nonpriority Creditor's Name

PO Box 67013
Number        Street

Harrisburg                PA        17106
City                      State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  8  1  3  0       $ 4,721.45

When was the debt incurred?  2016

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Account

### (blank)

**PFFCU**
Nonpriority Creditor's Name

901 Arch Street
Number        Street

Philadelphia              PA        19107
City                      State     ZIP Code

**Who incurred the debt?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 9,663.51

Last 4 digits of account number  2  9  0  1

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Account

Debtor 1   Jason C. Greer

First Name   Middle Name   Last Name

Case number (if known) 18-17501

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | American Express | | | Last 4 digits of account number  1  0  0  2 | $ 3,518.86 |

Nonpriority Creditor's Name

When was the debt incurred? __2015__

P.O Box 1270

Number      Street

| Newark | NJ | 07101 |

City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.

☐ Unliquidated

☑ Debtor 1 only

☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☑ Other. Specify __Credit Card__

☐ Yes

| 4.2 | American Express | | | Last 4 digits of account number  1  0  0  2 | $ 20,960.88 |

Nonpriority Creditor's Name

When was the debt incurred? __2017__

PO Box 1270

Number      Street

| Newark | NJ | 07101 |

City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

**Who incurred the debt?** Check one.

☐ Unliquidated

☑ Debtor 1 only

☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☑ Other. Specify __Credit Card__

☐ Yes

| 4.3 | Citadel F.C.U | | | Last 4 digits of account number  7  8  3  6 | $ 9,836.85 |

Nonpriority Creditor's Name

When was the debt incurred? __2016__

520 Eagleview Blvd

Number      Street

| Exton | PA | 19341 |

City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

**Who incurred the debt?** Check one.

☐ Unliquidated

☑ Debtor 1 only

☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☑ Other. Specify __Loans__

☐ Yes

Debtor 1    Jason C. Greer
First Name    Middle Name    Last Name

Case number (if known)  18-17501

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4**

Citadel F.C.U.
Nonpriority Creditor's Name

PO Box 650
Number    Street

Exton                    PA        19341
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7  8  3  6

When was the debt incurred?  2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loans

$ 4,624.56

---

**4.5**

Ardent F.C.U.
Nonpriority Creditor's Name

PO Box 7480
Number    Street

Philadelphia                PA        19101
City                    State    ZIP Code

**Who incurred the debt?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2  5  1  3

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit account

$ 2,500.00

---

Ardent F.C.U.
Nonpriority Creditor's Name

PO Box 7480
Number    Street

Philadelphia                PA        19101
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  0  1  4  3

When was the debt incurred?  2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit account

$ 8,459.43

Debtor 1    Jason C. Greer
First Name    Middle Name    Last Name

Case number (if known) 18-17501

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | Navy Federal C.U. | Last 4 digits of account number  5  8  1  3 | $ 7,974.86 |

Nonpriority Creditor's Name

PO Box 3500
Number    Street

Merrifield        VA    22119
City        State    ZIP Code

When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Account

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.2 | Ardent F.C.U. | Last 4 digits of account number  2  5  1  3 | $ 7,389.01 |

Nonpriority Creditor's Name

PO Box 7480
Number    Street

Philadelphia        PA    19101
City        State    ZIP Code

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Account

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.3 | Foot and Ankle Specialty Center | Last 4 digits of account number  7  3  5  1 | $ 250.00 |

Nonpriority Creditor's Name

2400 Maryland Ste 30
Number    Street

Willow Grove        PA    19090
City        State    ZIP Code

When was the debt incurred?    07/10/2018

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    Jason C. Greer

First Name    Middle Name    Last Name    Case number (if known) 18-17501

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.4

Foot and Ankle Specialty Center

Nonpriority Creditor's Name

2400 Maryland Ste 30

Number    Street

Willow Grove        PA        19090

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  7  3  5  1        $    151.37

When was the debt incurred?    09/07/2018

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

### 4.5

Margiotti and Kroll Pediatrics

Nonpriority Creditor's Name

4829 E. Street Road

Number    Street

Trevose        PA        19053

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  3  9  2  2        $    128.83

When was the debt incurred?    10/17/2018

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

Synchrony Bank

Nonpriority Creditor's Name

P.O Box 965017

Number    Street

Orlando        FL        32896

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  8  9  5  9        $    221.40

When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

Debtor 1  Jason C. Greer
　　　　First Name    Middle Name    Last Name

Case number (if known) 8-17501

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | Innovative Implant and Oral Surgery | |
|---|---|---|
| | Nonpriority Creditor's Name | |

Last 4 digits of account number  2  8  6  9       $ 136.50

When was the debt incurred?  10/02/2018

1300 Bridgetown Pike
Number    Street

Feasterville          PA      19053
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.2 | Medical Revenue Service | |
|---|---|---|
| | Nonpriority Creditor's Name | |

Last 4 digits of account number  5  5  3  8       $ 1,138.00

When was the debt incurred?  07/17/2017

PO Box 938
Number    Street

Vero Beach          FL      32961
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.3 | Credit Collection Service | |
|---|---|---|
| | Nonpriority Creditor's Name | |

Last 4 digits of account number  6  0  5  6       $ 707.43

When was the debt incurred?  07/01/2018

725 Canton Street
Number    Street

Norwood          MA      02062
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    Jason C. Greer
First Name    Middle Name    Last Name    Case number (if known) 18-17501

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

Sun F.C.U.
Nonpriority Creditor's Name

1735 Market Street, Suite C-16
Number    Street

Philadelphia         PA     19103
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    01/01/2010

$ 2,000.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify Credit Account

**4.2**

Firestone - Credit First
Nonpriority Creditor's Name

6275 Eastland Road
Number    Street

Cleveland         OH     44142
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    06/01/2016

$ 1,200.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**4.3**

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

$ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

Debtor 1   Jason C. Greer
          First Name   Middle Name   Last Name

Case number (if known) 18-17501

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|

| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  |  | Total claim |
|---|---|---|

| Total claims from Part 2 | 6f. Student loans | 6f. | $ | 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 143,282.46 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 143,282.46 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Jason C. Greer | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

| Case number | 18-17501 |
|---|---|
| (If known) | |

❑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1   **Do you have any executory contracts or unexpired leases?**
     ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form
     ❑ Yes  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B)

2   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases

**Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

2 1

     Name

     Number      Street

     City                          State      ZIP Code

2.2

     Name

     Number      Street

     City                          State      ZIP Code

2 3

     Name

     Number      Street

     City                          State      ZIP Code

2 4

     Name

     Number      Street

     City                          State      ZIP Code

2.5

     Name

     Number      Street

     City                          State      ZIP Code

**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing) First Name   Middle Name          Last Name

United States Bankruptcy Court for the  Eastern District of Pennsylvania

Case number   18-17501
(if known)

❏ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ❏ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No  Go to line 3.

   ❏ Yes  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ❏ No

      ❏ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                    State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

| 3.1 | | |
|---|---|---|
| | Name | ❏ Schedule D, line _____ |
| | | ❏ Schedule E/F  line _____ |
| | Number        Street | ❏ Schedule G. line _____ |
| | City         State        ZIP Code | |

| 3.2 | | |
|---|---|---|
| | Name | ❏ Schedule D, line _____ |
| | | ❏ Schedule E/F. line _____ |
| | Number        Street | ❏ Schedule G. line _____ |
| | City         State        ZIP Code | |

| 3.3 | | |
|---|---|---|
| | Name | ❏ Schedule D. line _____ |
| | | ❏ Schedule E/F, line _____ |
| | Number        Street | ❏ Schedule G, line _____ |
| | City         State        ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
    First Name           Middle Name        Last Name

Debtor 2
(Spouse if filing)  First Name           Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    18-17501
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Banking | |
| **Employer's name** | | Key Bank | |
| **Employer's address** | | Number   Street | Number   Street |
| | | Plymouth Mtg      PA<br>City         State   ZIP Code | City         State   ZIP Code |
| **How long employed there?** | | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 10,513.00 | $ |
| 3 **Estimate and list monthly overtime pay.** | 3. | + $ | + $ |
| 4 **Calculate gross income.** Add line 2 + line 3. | 4. | $ 10,513.00 | $ |

Debtor 1    Jason C. Greer
            First Name    Middle Name    Last Name

Case number (if known) 18-17501

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................. → 4. | | $ 10,513.00 | $ |

5  List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2,478.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ 671.00 | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |

6  Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 3,149.00   $

7  Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 7,364.00   $

8  List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. Interest and dividends | 8b. | $ | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. Unemployment compensation | 8d. | $ | $ |
| 8e. Social Security | 8e. | $ | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | $ |
| 8g. Pension or retirement income | 8g. | $ | $ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ | + $ |

9  Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $   $

10  Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 7,364.00  +  $   =  $ 7,364.00

11  State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $

12  Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 7,364.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    Jason C. Greer
_____
First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    18-17501
(if known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1  Is this a joint case?

☑ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2  **Do you have dependents?**    ☑ No

Do not list Debtor 1 and    ☐ Yes. Fill out this information for
Debtor 2.    each dependent..........................

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | | ☑ No  ☐ Yes |
| Child | 13 | ☑ No  ☐ Yes |
| Child | 12 | ☑ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3  **Do you have expenses include**    ☑ No
**expenses of people other than**    ☐ Yes
**yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4  The rental or home ownership expenses for your residence. Include first mortgage payments and
any rent for the ground or lot.    4.    $        1,950.00

If not included in line 4:

4a.  Real estate taxes    4a.    $ _____

4b.  Property, homeowner's, or renter's insurance    4b.    $ _____

4c   Home maintenance, repair, and upkeep expenses    4c.    $        100.00

4d   Homeowner's association or condominium dues    4d.    $ _____

Debtor 1    Jason C. Greer
            First Name    Middle Name    Last Name                                Case number (if known) 18-17501

|  |  |  | Your expenses |
|---|---|---|---|
| 5 | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ |
| 6 | **Utilities:** |  |  |
| | 6a.   Electricity, heat, natural gas | 6a. | $            150.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $             75.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $            475.00 |
| | 6d    Other. Specify: _____ | 6d. | $ |
| 7 | **Food and housekeeping supplies** | 7. | $            400.00 |
| 8 | **Childcare and children's education costs** | 8. | $          1,100.00 |
| 9 | **Clothing, laundry, and dry cleaning** | 9. | $            200.00 |
| 10 | **Personal care products and services** | 10 | $            200.00 |
| 11 | **Medical and dental expenses** | 11. | $            200.00 |
| 12 | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $            300.00 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $            200.00 |
| 14 | **Charitable contributions and religious donations** | 14. | $ |
| 15 | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| | 15a. Life insurance | 15a. | $ |
| | 15b Health insurance | 15b. | $ |
| | 15c Vehicle insurance | 15c. | $            300.00 |
| | 15d Other insurance. Specify: _____ | 15d. | $ |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16 | $ |
| 17 | **Installment or lease payments:** |  |  |
| | 17a Car payments for Vehicle 1 | 17a. | $            300.00 |
| | 17b Car payments for Vehicle 2 | 17b. | $            411.00 |
| | 17c Other. Specify: Car Payment | 17c. | $            100.00 |
| | 17d Other. Specify: _____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ |
| 19 | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |  |
| | 20a Mortgages on other property | 20a. | $          1,500.00 |
| | 20b. Real estate taxes | 20b. | $ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| | 20d Maintenance, repair, and upkeep expenses | 20d. | $ |
| | 20e Homeowner's association or condominium dues | 20e. | $ |

Debtor 1    Jason C. Greer
            First Name    Middle Name    Last Name

Case number *(if known)* 18-17501

21   **Other**. Specify: _____    21.   +$ _____

22   **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    $ 7,961.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $ 7,961.00

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ 7,364.00

23b.   Copy your monthly expenses from line 22c above.    23b.    —$ 7,961.00

23c.   Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income*.    23c.    $ 597.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No

    ❑ Yes.    Explain here:

Schedule J: Your Expenses