United States Bankruptcy Court
Eastern District Of Pennsylvania

In re: Jason C. Greer

Debtor

Case No. 18-17501

Chapter 7

## ORDER

And Now, this 12th day of December, 2018, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Philadelphia Federal Credit Union, it is hereby Ordered and Decreed that the Judicial Lien of Philadelphia Federal Credit Union, in the amount of $35,687.32, entered on or about 08/29/2018 in the matter of Philadelphia Federal Credit Union, v. J. Cornelius Consulting, LLC and Jason Greer, in Philadelphia Court of Common Pleas, No. 180802952, is hereby avoided. The Prothonotary of the Court of Common Pleas of Philadelphia County, PA is directed to satisfy the above Judicial Lien on the record. This Order is conditioned upon Debtor obtaining a discharge in the above captioned case.

BY THE COURT:

_____
Judge Ashely M. Chan