```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-17501-amc
Jason C. Greer                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1           Date Rcvd: Dec 12, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db             +Jason C. Greer,    15081 London Road,    Philadelphia, PA 19116-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
        DAVID J. AVERETT    on behalf of Debtor Jason C. Greer averettlaw@comcast.net
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
        KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                           TOTAL: 4

United States Bankruptcy Court
Eastern District Of Pennsylvania

In re: Jason C. Greer

Debtor

Case No. 18-17501

Chapter 7

## ORDER

And Now, this 12th day of December, 2018, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Philadelphia Federal Credit Union, it is hereby Ordered and Decreed that the Judicial Lien of Philadelphia Federal Credit Union, in the amount of $35,687.32, entered on or about 08/29/2018 in the matter of Philadelphia Federal Credit Union, v. J. Cornelius Consulting, LLC and Jason Greer, in Philadelphia Court of Common Pleas, No. 180802952, is hereby avoided. The Prothonotary of the Court of Common Pleas of Philadelphia County, PA is directed to satisfy the above Judicial Lien on the record. This Order is conditioned upon Debtor obtaining a discharge in the above captioned case.

BY THE COURT:

_____
Judge Ashely M. Chan